IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTINA ALBRECHT, | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 1:16-CV-1152 |
| vs. | ) | |
| | ) | |
| MARIAN, INC. | ) | |
| | ) | |
| Defendant | ) | |

**COMPLAINT FOR DAMAGES**
**AND REQUEST FOR JURY TRIAL**

Plaintiff, Christina Albrecht, by counsel and as her Complaint for Damages against Defendants, states as follows:

PARTIES, JURISDICTION AND VENUE

1.  Plaintiff, Christina Albrecht, is a resident of White County in the State of Indiana and a former employee of Marion, Inc.

2.  Defendant, Marian, Inc., is an Indiana corporation and employer as defined by 29 U.S.C. § 2612 and 42 U.S.C. § 12101, *et. sec.*

3.  Ms. Albrecht invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

4.  Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5.  Plaintiff began her employment with Marian, Inc. on or about July 2012 as an hourly employee.

6. Plaintiff suffers from a disability, Crohn's disease, for which she sometimes requires medical treatment.

7. On or about July 23, 2015, Plaintiff called into work and notified the Defendant that her Crohn's disease had flared up and she would be seeing her doctor.

8. On or about July 24, 2015, a Friday, Plaintiff notified Defendant's human resource department that she was in need of family medical leave and that her doctor needed the certification to fill out.

9. On Tuesday, July 28, Defendant apparently sent the certification to Plaintiff's doctor but told the Plaintiff that she was to report to human resources the following day.

10. On July 29, 2015, the Defendant terminated the Plaintiff, allegedly for bad attendance because she had not reported to work on July 23, 24, 27, 28 and 29, 2015.

## COUNT I

11. Plaintiff incorporates by reference paragraphs one (1) through ten (10) of his complaint for damages.

12. Defendant Marian, Inc., is an employer as defined by 29 U.S.C. § 2612, conducting business in the State of Indiana.

13. During her employment with Defendant, Plaintiff notified Defendant of her need for Family Medical Leave under the Family Medical Leave Act (FMLA), 29 U.S.C. §2601, *et seq*.

14. Plaintiff suffered an adverse employment action when Defendant terminated her employment while taking family medical leave.

15. Plaintiff:

    A. Was treated less favorably than employees who had not requested or in need of leave under the FMLA; or

    B. Suffered an adverse employment decision because of her request or need for leave under the FMLA; or

    C. Suffered an adverse employment action for taking leave under the FMLA and because of her perceived need for leave under the FMLA.

16. Defendant's termination of the Plaintiff while on family medical leave was done with malice and wanton disregard for Plaintiff's rights under the Family Medical Leave Act.

17. As a result, Plaintiff has sustained damages including, but not limited to, lost pay and benefits, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, Marian, Inc. for an award of back pay, job reinstatement, liquidated damages, reasonable attorney fees, costs and all other appropriate relief.

## COUNT II

18. Plaintiff incorporates by reference paragraphs one (1) through seventeen (17) of her complaint for damages.

19. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 470-2015-00368, alleging that Defendant, Marian, Inc. discriminated against her based on her disability.

20. The EEOC issued Plaintiff a right to sue on February 25, 2016.

21. Plaintiff suffers from a disability and/or perceived disability as defined by the Americans with Disabilities Act, specifically Crohn's Disease.

22.     The Defendant was aware Plaintiff's disability and/or perceived disability and refused to provide reasonable accommodation.

23.     Plaintiff was able to perform the essential functions of her job, with or without reasonable accommodation.

24.     The Defendant was motivated by Plaintiff's disability and/or perceived disability when it terminated her employment.

25.     Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

26.     As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, Marian, Inc., for reinstatement, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS

/s/ Paul J. Cummings

                David M. Henn, #18002-49
                Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS
625 N. Madison Avenue, Suite A
Greenwood, Indiana 46142
(317) 885-0041
(888) 308-6503 Fax