UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTINA ALBRECHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIAN, INC. ) <br> ) <br> Defendant. ) | Cause No. 1:16-cv-1152-JMS-MJD <br><br> Dismissal with prejudice acknowledged.  JMS, CJ, 2-22-17 Distribution via ECF. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this lawsuit in its entirety and with prejudice, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted,

s/*Paul J. Cummings   (with permission)*
Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue, Suite A
Greenwood, IN 46143
Phone:  317-885-0041
Fax:  888-308-6503
Email:  Paul.Cummings@HHCFirm.com


Counsel for Plaintiff

s/ *Michelle R. Maslowski*
Michelle R. Maslowski
John Henning
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle, Ste. 4600
Indianapolis, IN 46204
Phone:  317-916-1300
Fax:  317-916-9076
Email:  john.henning@ogletreedeakins.com
michelle.maslowski@ogletreedeakins.com

Counsel for Defendant

28679022.1